UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-2424-DMG (PDx) | Date | January 7, 2025 |
| Title | *Deborah Brissette v. Zwicker and Associates, P.C., et al* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH THE COURT'S LOCAL RULES AND CASE MANAGEMENT ORDER**

The Court's Order approving the parties' second joint stipulation to continue the trial date and related deadlines in this action set the Final Pretrial Conference in this matter for January 14, 2025. [Doc. # 76.] The Order also directs the parties to file certain pretrial documents, including a proposed Final Pretrial Conference Order, by December 24, 2024. Despite that Order, the parties have filed none of the required documents.

The Local Rules provide that the proposed Final Pretrial Conference Order "shall be prepared by plaintiff's counsel and signed by all counsel." C.D. Cal. L.R. 16-7. The Court's Case Management Order ("CMO") also mandates compliance with the Local Rules when submitting a proposed Final Pretrial Conference Order. *See* CMO at 6–7 [Doc. # 35]. Accordingly, the parties are **ordered to show cause** why the Court should not dismiss this action for lack of prosecution or impose monetary sanctions for their failure to comply with the Court's instructions and Local Rules regarding the required pretrial filings. **The parties shall submit their joint written response by January 14, 2025.**

**IT IS SO ORDERED.**